# Exhibit 1

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 3 | HongHuiLoveYY | amazon.com/sp?seller=A35P1TJ4ILLVPS | Business Name:<br>ShangShuiXianQinYanShangMaoShangHang(GeRenDuZi)<br>Business Address:<br>乔楼乡<br>林堂村80号<br>宁陵县<br>476721<br>CN | | There is nothing showing Defendant is at the provided address. |
| 4 | HuaRong ShangMao | amazon.com/sp?seller=A1IUL031USQ85S | Business Name:<br>shan wei shi xue yi mei shang mao you xian gong si<br>Business Address:<br>城区<br>凤山街道腾飞路林埠二街西九巷合兴楼4楼401<br>汕尾市<br>广东<br>516600<br>CN | 汕尾市学义美商贸有限公司<br>汕尾市城区凤山街道腾飞路林埠二街西九巷合兴楼4楼401(自主申报) | The Defendant held a shareholders' meeting and passed a resolution to dissolve the company. The public notice period runs from August 11, 2026 to September 25, 2026. So the Defendant would be deregistered soon. There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 5 | linrixin66 shop | amazon.com/sp?seller=AAI40LJLX7TH9 | Business name:<br>changshayuhuaquyourouxishenghuoyongpinguan<br>Business address:<br>鱼峰区<br>白云路西一巷69号<br>柳州市<br>广西<br>545005<br>CN | | There is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 7 | QILIN SHOP | amazon.com/sp?seller=A9HFUS5S3WPB8 | Business Name:<br>wuqiaoqilinshangmaoyouxiangongsi<br>Business Address:<br>吴桥县桑园镇王指挥村<br>77号<br>沧州市<br>河北<br>061800<br>CN | 吴桥琪琳商贸有限公司<br>沧州市吴桥县桑园镇王指挥村77号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 8 | shangqiushijiajingzaishengziyuanyouxiangongsi | amazon.com/sp?seller=A2NJ8GT1JXDY8S | Business Name:<br>shangqiushijiajingzaishengziyuanyouxiangongsi<br>Business Address:<br>示范区<br>张阁镇屈庄南西北200米<br>商丘市<br>河南<br>476000<br>CN | 商丘市佳净再生资源有限公司<br>商丘市示范区张阁镇屈庄西北200米 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 9 | SUNYINGQISHOP | amazon.com/sp?seller=A2XMMNS15WRH46 | Business Name:<br>linquboshangmaoyizhongxingerenduzi<br>Business Address:<br>临朐县城关街道西环路2959号<br>1幢403号<br>潍坊市<br>山东<br>261000<br>CN;<br>Address 2:<br>linquxianchengguanjiedao<br>WEIFANG<br>261000<br>CN<br>SHANDONGSHENG<br><br>xihuanlu2959hao1dong403hao | 临朐博尚贸易中心(个人独资)<br>山东省潍坊市临朐县城关街道西环路2959号1幢403号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 10 | sunyiyi | amazon.com/sp?seller=A3MBH84YX59KXT | Business Name: guangzhoushiyongwanguojimaoyiyouxiangongsi ;<br>Business Address:<br>宁海县西店镇樟树村<br>丰登路1号1052<br>宁波市<br>浙江<br>315000<br>CN | | There is nothing showing Defendant is at the provided address. |
| 11 | weiximaoyiUS | amazon.com/sp?seller=A3LLYZP8GRR37A | Business Name: luoheshiyanchengquweiximaoyishanghang(gerenduzi)<br>Business Address:<br>郾城区<br>秦山路与会展路交叉口西北角五里庙嘉苑8号楼2单元<br>漯河市<br>河南<br>462000<br>CN | 漯河市郾城区渭浠贸易商行(个人独资)<br>河南省漯河市郾城区秦山路与会展路交叉口西北角五里庙嘉苑8号楼2单元2006室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 12 | Wuyao-Shop | amazon.com/sp?seller=AJY7YJXJC4XYD | Business Name: zhengzhouwuyaoshangmaoyouxiangongsi<br>Business Address:<br>（郑东）商鼎路北嘉园路西<br>新时代商务中心（二期）号楼31层3108<br>自贸试验区郑州片区<br>河南<br>450018<br>CN | 郑州吾曜商贸有限公司<br>河南自贸试验区郑州片区(郑东)商鼎路北嘉<br>园路西新时代商务中心(二期)号楼31层3108 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 13 | Xinwan-Shop | amazon.com/sp?seller=A3E6WRIA8TNQ | Business Name:<br>zhengzhouxinwanshangmaoyouxiangongsi<br>Business Address:<br>（郑东）七里河南路南嘉园东路东<br>星联中心号楼20层2006<br>自贸试验区郑州片区<br>河南<br>450018<br>CN | 郑州馨婉商贸有限公司<br>河南自贸试验区郑州片区(郑东)七里河南<br>路南、嘉园东路东星联中心号楼20层2006 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 15 | YOUMIMI STORE | amazon.com/sp?seller=AHI660H49YOYH | Business Name:<br>shijiazhuangxuanchaoshanghuishangmaoyouxiangongsi<br>Business Address:<br>鹿泉区石柏南大街181号<br>鹿岛V谷科技园33号4层405c室<br>石家庄市<br>河北<br>050200<br>CN | 石家庄炫潮尚辉商贸有限公司<br>河北省石家庄市鹿泉区石柏南大街181号鹿岛V谷科技园33号4层405c室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 17 | zhangguoyinjingpin | amazon.com/sp?seller=A2OBINXQHD1E0T | Business Name:<br>dengzhoushichixiangzhongzhijiatingnongchang gerend<br>Business Address:<br>邓州市<br>彭桥镇赵建岗村南张营南组2号<br>南阳市<br>河南省<br>474179<br>CN | 邓州市驰翔种植家庭农场(个人独资)<br>河南省南阳市邓州市彭桥镇赵建岗村南张营南组2号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 18 | zhangmin store | amazon.com/sp?seller=A3ORGBVT0QN3FM | Business Name:<br>hubeiyuqiaominfeishangmaoyouxiangongsi ;<br>Business Address:<br>**鼓楼区幕府东路**<br>15 号14幢一单元1104室<br>南京市<br>江苏省<br>210028<br>CN | | There is nothing showing Defendant is at the provided address. |
| 19 | zhenzhenxu17 shop | amazon.com/sp?seller=A1BU5XHQN6MY9E | Business Name: guang zhou cheng zhen shang mao you xian gong si<br>Business Address:<br>增城区增江街道东桥东路<br>67号5栋301房<br>广州市<br>广东<br>511300<br>CN | 广州程臻商贸有限公司<br>广州市增城区增江街道东桥东路67号5栋301房 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 22 | cosplaystore | ebay.com/usr/fangfeishop22 | Business name:<br>He Nan Ai Xiu Shang Mao You Xian Gong Si<br>Business address:<br>jinshuiqu wenboxilu 25haoyuan 1haolou 919hao<br>zhengzhoushi<br>Henan<br>450000<br>CN | 河南爱秀商贸有限公司<br>河南省郑州市金水区文博西路25号院1号楼919号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 23 | everwell | ebay.com/usr/yongjia088 | E Zhang Tan Jie Fang Street No 17hao122<br>Baiyun<br>GuangZhou<br>510407<br>CN | | There is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 24 | farrahh | ebay.com/usr/farrahh | Businsess name:<br>Nanyangyueyangshangmaoyouxiangongsi<br>Business address:<br>Zhenpingxianyangyingzhensuipocun<br>yangjiazhuang201hao<br>nanyang<br>Henan<br>474250 | 南阳悦阳商贸有限公司<br>河南省南阳市镇平县杨营镇岁坡村杨家庄201号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 25 | HomeGarden5stars | ebay.com/usr/wudadao | Business name:<br>He Nan Ai Xiu Shang Mao You Xian Gong Si<br>Business address:<br>jinshuiqu wenboxilu 25haoyuan 1haolou 919hao<br>zhengzhoushi<br>Henan<br>450000<br>CN | 河南爱秀商贸有限公司<br>河南省郑州市金水区文博西路25号院1号楼919号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 28 | rightseller256 | ebay.com/usr/rightseller256 | Business name:<br>Nanyangyueyangshangmaoyouxiangongsi<br>Business address:<br>Zhenpingxianyangyingzhensuipocun<br>yangjiazhuang201hao<br>nanyangshi<br>Henan<br>CN | 南阳悦阳商贸有限公司<br>河南省南阳市镇平县杨营镇岁坡村杨家庄201号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 29 | shixiao_9763 | ebay.com/usr/shixiao_9763 | Business name:<br>hefei baopeng trading co ltd<br>Business address:<br>bangonglouCzhuangban1101<br>qianshanlu320haoxinhuajinrongguangcha ng<br>hefei shushan<br>230000<br>CN | 合肥宝朋贸易有限公司<br>安徽省合肥市蜀山区潜山路320号新华金融广场办公楼C幢办1101 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 30 | shudi6-49 | ebay.com/usr/shudi6-49 | Business name:<br>kunmingwendaobaishishangmaoyouxiang ongsi<br>Business address:<br>tianjiaobeilu6dongyidanyuan201shi<br>wuhuaquhongyunlu<br>650000<br>CN | 昆明文刀百世商贸有限公司<br>云南省昆明市五华区红云路天骄北麓6栋一单元201 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 31 | smileshopping11 | ebay.com/usr/smileshopping11 | Business name:<br>Mi Lian New Technology Shenzhen Co Ltd<br>Business address:<br>502 Building B Student Industrial Park<br>Hongqiaotou Community Yanluo Street<br>Shenzhen<br>518101<br>CN | 米联新技术（深圳）有限公司<br>深圳市宝安区燕罗街道洪桥头社区学生工业园B栋502 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 33 | yamaspring | ebay.com/usr/yamaspring | Business name:<br>Mi Lian New Technology Shenzhen Co Ltd<br>Business address:<br>502 Building B Student Industrial Park<br>Hongqiaotou Community Yanluo Street<br>Shenzhen<br>518101<br>CN | 米联新技术(深圳)有限公司<br>深圳市宝安区燕罗街道洪桥头社区学生工业园B栋502 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 35 | zuiqing-67 | ebay.com/usr/zuiqing-67 | Business name:<br>hefeichandaoshangmaoyouxiangongsi<br>Business address:<br>luyangqufuyangbeiluyumengchengdadao jiaokouC37hao<br>hefei<br>230000<br>CN | | There is nothing showing Defendant is at the provided address. |
| 36 | CAI CT | temu.com/mall.html?mall_id=634418215680375 | Business Name<br><br>Putianshichengxiangquxialijiedaocifengriyongpinshangdian(getigongshanghu)<br><br>Address<br><br>Room 2004, Floor 2, Building 4, Shuimu Chunhua, No. 355 Xiaocuo Road, Xialin Street, Chengxiang District, Putian City, Fujian Province<br>Chengxiang District<br>351100<br>Fujian Province, Putian City<br>China | | There is nothing showing Defendant is at the provided address. |
| 38 | GJDZHFC | temu.com/mall.html?mall_id=634418227948994 | Business Name<br>Putianshilichengquzhenhaijiedaoliaohuiminfuzhuangdian(getigongshanghu)<br><br>Address<br>No. 106, Yahou Road, Zhenhai Street, Licheng District, Putian City,<br>Fujian Province<br>Licheng District<br>351100<br>Fujian Province, Putian City<br>China | 莆田市荔城区镇海街道廖慧敏服装店(个体工商户)<br>福建省莆田市荔城区镇海街道衙后路106号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 39 | Lameimei | temu.com/mall.html?mall_id=634418226216582 | Business name:<br>Shenzhenshipingshanquhangyaobaihuochanghang(gougongshanghu)<br>Address:<br>No. 202. Na. 7, Zengwu New Village, Pinguan Community, Makian Street<br>Pingshan District<br>518118<br>Guangdong Province, Shenzhen<br>China | 深圳市坪山区杭耀百货商行(个体工商户)<br>深圳市坪山区马峦街道坪环社区曾屋新村7号<br>202 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 41 | SU LONG B | temu.com/mall.html?mall_id=634418225918477 | Business Name<br>Huianxianfajiweiriyongbaihuoshanghang(getigongsshanghu)<br><br>Address<br>Room 1703, Building 8, 2nd Floor, No 1688 Century Avenue,<br>Dongfeng Village, Luoyang Town<br>Hui'an County<br>362100<br>Fujian Province, Quanzhou City<br>China | 惠安县法纪薇日用百货商行(个体工商户)<br>福建省惠安县螺阳镇东风村世纪大道1688号8幢2梯1703室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 42 | JapanTigerShop | tiktok.com/shop/store/japantigershop/7496293007829207434?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 中国大陆 广东省 广州市 番禺区<br>广州市番禺区南村镇汉溪大道东（延伸段）383号912房 | | There is nothing showing Defendant is at the provided address. |
| 43 | PIKPAKA WallAura Art | tiktok.com/shop/store/pikpaka-wallaura-art/8652621344194007136?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 厦门市集美区滨水中一里6号3101室（法律文书送达地址）,厦门,福建省,,中华人民共和国 | | There is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 44 | sjksbdtk00005 | tiktok.com/shop/store/sjksbdtk00005/8653411077871079623?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 中华人民共和国 海南省 海口 海南省海口市龙华区明月路13号天宜大厦3栋1205室 | | There is nothing showing Defendant is at the provided address. |
| 45 | thebraveone | tiktok.com/shop/store/thebraveone/7496260450373700272?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 中国大陆 广东省 广州市 番禺区 钟村街汉兴东路10号2203 | | There is nothing showing Defendant is at the provided address. |
| 46 | TKHU0006 | tiktok.com/shop/store/tkhu0006/8653447750850941349?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 岳阳经济技术开发区岳阳大道以东（京港澳连接线以东）北侧六公里处的创业服务中心大楼201室2-188,宜春,江西省,,中华人民共和国 | | There is nothing showing Defendant is at the provided address. |