**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EUIROET, et al.,<br><br>Defendants. | No. 26-cv-04613<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Young B. Kim |

**ORDER AUTHORIZING ELECTRONIC SERVICE OF PROCESS**

THIS CAUSE being before the Court on Plaintiff's Harley-Davidson Motor Company, Inc. ("Plaintiff" or "Harley-Davidson") Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motion") against the Partnerships and Unincorporated Associations ("Defendants") identified in Schedule A to the Complaint and attached hereto (the "Online Marketplaces"), and this Court having heard the evidence before it, Plaintiff's Motion is GRANTED. Accordingly, this Court orders that:

1. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, the Preliminary Injunction, and other relevant documents on a website, and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendants. The Clerk of the Court is directed to issue a single original summons in the name of "HOAETDIENTE and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail shall constitute notice reasonably calculated under all circumstances to apprise

Defendants of the pendency of the action and afford them the opportunity to present their objections.

Dated this 24th day of September 2026.

Andrea R. Wood
United States District Judge

**Harley-Davidson Motor Company, Inc. v. Euiroet, et al. - Case No. 26-cv-04613**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | DISMISSED | DISMISSED |
| 2 | amazon.com/sp?seller=A23OEXSC6RQNTI | HOAETDIENTE |
| 3 | amazon.com/sp?seller=A35P1TJ4ILLVPS | HongHuiLoveYY |
| 4 | amazon.com/sp?seller=A1IUL031USQ85S | HuaRong ShangMao |
| 5 | amazon.com/sp?seller=AAI40LJLX7TH9 | linrixin66 shop |
| 6 | DISMISSED | DISMISSED |
| 7 | amazon.com/sp?seller=A9HFUS5S3WPB8 | QILIN SHOP |
| 8 | amazon.com/sp?seller=A2NJ8GT1JXDY8S | shangqiushijiajingzai shengziyuanyouxiang ongsi |
| 9 | amazon.com/sp?seller=A2XMMNS15WRH46 | SUNYINGQISHOP |
| 10 | amazon.com/sp?seller=A3MBH84YX59KXT | sunyiyi |
| 11 | amazon.com/sp?seller=A3LLYZP8GRR37A | weiximaoyiUS |
| 12 | amazon.com/sp?seller=AJY7YJXJC4XYD | Wuyao-Shop |
| 13 | amazon.com/sp?seller=A3E6WRIA8TNQ | Xinwan-Shop |
| 14 | DISMISSED | DISMISSED |
| 15 | amazon.com/sp?seller=AHI660H49YOYH | YOUMIMI STORE |
| 16 | DISMISSED | DISMISSED |
| 17 | amazon.com/sp?seller=A2OBINXQHD1E0T | zhangguoyinjingpin |
| 18 | amazon.com/sp?seller=A3ORGBVT0QN3FM | zhangmin store |
| 19 | amazon.com/sp?seller=A1BU5XHQN6MY9E | zhenzhenxu17 shop |
| 20 | DISMISSED | DISMISSED |
| 21 | DISMISSED | DISMISSED |
| 22 | ebay.com/usr/fangfeishop22 | cosplaystore |
| 23 | ebay.com/usr/yongjia088 | everwell |
| 24 | ebay.com/usr/farrahh | farrahh |
| 25 | ebay.com/usr/wudadao | HomeGarden5stars |
| 26 | DISMISSED | DISMISSED |
| 27 | ebay.com/usr/linhan_3340 | linhan_3340 |
| 28 | ebay.com/usr/rightseller256 | rightseller256 |
| 29 | ebay.com/usr/shixiao_9763 | shixiao_9763 |
| 30 | DISMISSED | DISMISSED |
| 31 | ebay.com/usr/smileshopping11 | smileshopping11 |
| 32 | DISMISSED | DISMISSED |
| 33 | ebay.com/usr/yamaspring | yamaspring |

| | | |
|---|---|---|
| 34 | ebay.com/usr/yxuay_51 | yxuay_51 |
| 35 | ebay.com/usr/zuiqing-67 | zuiqing-67 |
| 36 | temu.com/mall.html?mall_id=634418215680375 | CAI CT |
| 37 | DISMISSED | DISMISSED |
| 38 | temu.com/mall.html?mall_id=634418227948994 | GJDZHFC |
| 39 | temu.com/mall.html?mall_id=634418226216582 | Lameimei |
| 40 | DISMISSED | DISMISSED |
| 41 | temu.com/mall.html?mall_id=634418225918477 | SU LONG B |
| 42 | tiktok.com/shop/store/japantigershop/7496293007829207434?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | JapanTigerShop |
| 43 | tiktok.com/shop/store/pikpaka-wallaura-art/8652621344194007136?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | PIKPAKA WallAura Art |
| 44 | tiktok.com/shop/store/sjksbdtk00005/8653411077871079623?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | sjksbdtk00005 |
| 45 | tiktok.com/shop/store/thebraveone/7496260450373700272?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | thebraveone |
| 46 | tiktok.com/shop/store/tkhu0006/8653447750850941349?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | TKHU0006 |
| 47 | walmart.com/seller/102877482 | DUKHU |
| 48 | DISMISSED | DISMISSED |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |